UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
MIKAEL GIANFRANCO ROB,

Plaintiff,

-against-

LOLA HILTON VON HORN,

Defendant.
---------------------------------------------------------- X

JUDGMENT
19-CV-3822 (AMD) (JAM)

An Order of the Honorable Ann M. Donnelly, United States District Judge having been filed on November 4, 2025, adopting the Report and Recommendation of Magistrate Joseph A. Marutollo, dated October 14, 2025, which recommended the following: that default judgment be entered in favor of Rob against Von Horn, in the principal amount of €500,000—to be converted to American dollars on the date of final judgment, plus pre-judgment interest; that Von Horn's counterclaims be dismissed pursuant to Federal Rule of Civil Procedure 41(b); the Clerk of Court having converted €500,000 to American Dollars, and the conversion being $573,995.00; and the Clerk of Court having calculated the prejudgment interest at the rate 9% per annum from March 29, 2019 (see R&R, pg. 27), and the interest being $341,519.16; it is

ORDERED AND ADJUDGED that default judgment is entered in favor of Rob against Von Horn in the total amount of $915,514.16; and Von Horn's counterclaims are dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, NY
November 5, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk